# BARNABÉ CAMPAU
## v.
# JOSEPH CAMPAU

### 1807

### JOURNAL ENTRIES

1. Appearance . . . . . . . . . . . . . *Journal, infra,* \*p. 51
2. Appearance; declaration filed; rule to plead . . . . " 62
3. Rule to plead . . . . . . . . . . . . " 80
4. Reference . . . . . . . . . . . . . " 87
5. Report of referees; judgment . . . . . . . . " 92

### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . *Printed in Vol. 2*
2. Declaration . . . . . . . . . . . . . "
3. Rule for reference and report of referees . . . . . . . .